

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00768-CR

Aurelio **ESCOBAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 13-02-03395-ZCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 5, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice